**Order issued November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-13-01617-CR
_____

## JESSE LEE AUSTIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **GRANT** the July 1, 2014 motion of Pamela J. Lakatos for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Pamela J. Lakatos as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jesse Lee Austin, TDCJ No. 1889220, Skyview Unit, 379 FM 2972 West, Rusk, Texas, 75785-3666.


/Elizabeth Lang-Miers/_____
ELIZABETH LANG-MIERS
JUSTICE